# Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** DEA

**City** Revere     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____     New Defendant _____
Magistrate Judge Case Number   25-6016-MPK
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Leonardo Andujar Sanchez     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) _____

Birth date (Yr only): 1996   SSN (last4#): _____   Sex: M   Race: _____   Nationality: Dominican

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: Evan Panich     Bar Number if applicable _____

**Interpreter:** ☑ Yes  ☐ No     List language and/or dialect: Spanish

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** 12/27/2024

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Nashua Street   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 01/07/2025     Signature of AUSA: /s/ Evan Panich

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Leonardo Andujar Sanchez

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), | Possession with the intent to distribute more than 400 grams of fentanyl | |
| Set 2 | 18 U.S.C. § 922(g)(5) | Being an alien unlawfully in the United States in possession of a firearm | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____